PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| FRANCINE A. PADILLA ) | Case No. 12-cr-00073-MSK-02 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Francine A. Padilla**, have discussed with Laura D. Ansart, Probation Officer, modification of my release as follows:

1) The defendant shall undergo a mental health assessment and participate in any recommended treatment as directed by the supervising officer.

I consent to the modification of my release conditions and agree to abide by this modification.

_Francine Padilla_ 3-14-12     _Laura Ansart_ 3/14/12
Signature of Defendant  Date     Probation Officer  Date

I have reviewed the condition with my client and concur that the modification is appropriate.

_[signature]_                    3.13.2012
Signature of Defense Counsel     Date

_[signature]_                    3-13-12
Signature of Assistant U.S. Attorney  Date

[✓] The above modification of conditions of release is ordered, to be effective on March 22, 2012

[ ] The above modification of conditions of release is **not** ordered.

_[signature]_                    3/22/12
Signature of Judicial Officer    Date